# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144791 & (60)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT LAMONT MOORE,
        Defendant-Appellant.

SC: 144791
COA: 300281
Kalamazoo CC: 2008-001671-FC

_____/

On order of the Court, the motion to stay the application is DENIED as moot. The application for leave to appeal the January 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

s0827